RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Jahova Bell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JAHOVA BELL,<br>    Defendant. | CASE NO: **2:24-cr-00075-JAD-DJA-3**<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA HEARING**<br><br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED by JAHOVA BELL, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through JASON M. FRIERSON, United States Attorney for the District of Nevada, and DANIEL J. COWHIG, Assistant United States Attorney, that the arraignment and plea hearing scheduled for April 16, 2024, be continued to April 26, 2024, if that date is available to the Court.

  The request for a continuance is based upon the following:

1. The arraignment is currently scheduled for April 16, 2024. Counsel for Mr. Bell has an unavoidable pre-existing conflict on that date that cannot be rescheduled. After conferring with Counsel for the Government and court staff, the parties request that the arraignment and plea be rescheduled to April 26, 2024.

2. The Government has no objection to the continuance.

3. Mr. Bell is not in custody, and he does not object to the continuance.

4. The additional time sought herein is not sought for the purposes of delay.

5. Denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

6. This is the first request to continue defendant Bell's arraignment filed herein.

DATED: April 11, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Rachael E. Stewart
Rachael E. Stewart, Esq.
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
*Counsel for Jahova Bell*

/s/ Daniel J. Cowhig
Daniel J. Cowhig
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Jahova Bell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>JAHOVA BELL,<br>　　　　　Defendant. | CASE NO:  **2:24-cr-00075-JAD-DJA-3**<br><br>**ORDER**<br><br>(First Request) |

### **FINDINGS OF FACT**

　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

　　1.　The arraignment is currently scheduled for April 16, 2024. Counsel for Mr. Bell has an unavoidable pre-existing conflict on that date that cannot be rescheduled. After conferring with Counsel for the Government and court staff, the parties request that the arraignment and plea be rescheduled to April 26, 2024.

　　2.　The Government has no objection to the continuance.

　　3.　Mr. Bell is not in custody, and he does not object to the continuance.

　　4.　The additional time sought herein is not sought for the purposes of delay.

5. Denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

6. This is the first request to continue defendant Bell's arraignment filed herein.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv) and 3161(h)(1)(D).

## ORDER

IT IS SO ORDERED that the arraignment and plea hearing currently scheduled for April 16, 2024, at the hour of 1:00 p.m. be vacated and continued to April 26, 2024, at the hour of 2:30 p.m.

DATED this 12th day of April, 2024.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE