RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Jahova Bell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>JAHOVA BELL,<br>    Defendant. | CASE NO: **2:24-cr-00075-JAD-DJA-3**<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED by JAHOVA BELL, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through SIGAL CHATTAH, United States Attorney for the District of Nevada, and DANIEL J. COWHIG, Assistant United States Attorney, that the revocation hearing scheduled for July 7, 2025, be continued for a period of thirty (30) days, to a date and time that is convenient for the Court.

  The request for a continuance is based upon the following:

1. The parties are currently working through plea negotiations that will likely obviate the need for the bond revocation hearing.

2. The Government has no objection to the continuance.

3. Mr. Bell is in custody, and he does not object to the continuance.

4. The additional time requested is not for the purposes of delay.

5. This is the first stipulation to continue Mr. Bell's bond revocation hearing.

DATED: June 25, 2025

Respectfully submitted,

|  |  |
|---|---|
|  | SIGAL CHATTAH<br>United States Attorney |
| /s/ Rachael E. Stewart<br>Rachael E. Stewart, Esq.<br>400 S. 4th Street, Suite 500<br>Las Vegas, Nevada 89101<br>*Counsel for Jahova Bell* | /s/ Daniel J. Cowhig<br>Daniel J. Cowhig<br>Assistant United States Attorney<br>501 Las Vegas Boulevard, Suite 1100<br>Las Vegas, Nevada 89101<br>*Counsel for the United States of America* |

## **ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefore, that the bond revocation hearing currently scheduled for July 7, 2025, at the hour of 1:00 p.m. be vacated and continued to the  12  day of   August  , 2025, at the hour of  11:00  a.m. in Courtroom  3B  .

IT IS SO ORDERED.

DATED this  26  day of June, 2025.

_____
THE HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE