RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Jahova Bell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JAHOVA BELL,<br>Defendant. | CASE NOS: **2:24-cr-00075-JAD-DJA-3**<br>**2:25-cr-00171-JAD-NJK**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED by JAHOVA BELL, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through SIGAL CHATTAH, First Assistant United States Attorney, and DANIEL J. COWHIG, Assistant United States Attorney, that the sentencing hearing scheduled for July 30, 2026, be continued for a period of forty-five (45) days to a date and time that is convenient for the Court.

The request for a continuance is based upon the following:

1. The defense team for Mr. Bell is still in the process of working on gathering relevant records and mitigation for his sentencing hearing. The mitigation specialist has informed Counsel that forty-five more days should be sufficient to complete the work. If that estimate proves to be incorrect, Counsel will alert the Government and the Court with an updated estimate of time.

2. The Government has no objection to the continuance.

3. Mr. Bell is in custody, and he agrees to the continuance.

4. The additional time requested is not for the purposes of delay.

5. This is the third stipulation to continue Mr. Bell's sentencing hearing.

DATED: July 14, 2026

Respectfully submitted,

*/s/ Rachael E. Stewart*
Rachael E. Stewart, Esq.
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
*Counsel for Jahova Bell*

*/s/ Daniel J. Cowhig*
Daniel J. Cowhig
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

**ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the sentencing hearing currently scheduled for July 30, 2026, at the hour of 11:00 a.m. be vacated and continued to the 14th day of September, 2026, at the hour of 10:00 a.m. in Courtroom 6D.

IT IS SO ORDERED.

DATED this 15th day of July, 2026.

HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE