RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Jahova Bell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JAHOVA BELL,<br>Defendant. | CASE NOS: **2:24-cr-00075-JAD-DJA-3**<br>**2:25-cr-00171-JAD-NJK**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED by JAHOVA BELL, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through SIGAL CHATTAH, First Assistant United States Attorney, and DANIEL J. COWHIG, Assistant United States Attorney, that the sentencing hearing scheduled for October 19, 2026, be continued to either October 26, 2026, or November 12, 2026.

The request for a continuance is based upon the following:

1. Defense Counsel for Mr. Bell has an unavoidable scheduling conflict on the current sentencing date. After conferring with both the courtroom administrator and Counsel for the government, the parties learned that October 26, 2026, or November 12, 2026, are dates that potentially work for the Court's schedule.

2. The government has no objection to the continuance.

3. Mr. Bell is in custody, and he agrees to the continuance.

4. The additional time requested is not for the purposes of delay.

5. This is the fifth stipulation to continue Mr. Bell's sentencing hearing.

DATED: October 15, 2026

Respectfully submitted,

*/s/ Rachael E. Stewart*
Rachael E. Stewart, Esq.
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
*Counsel for Jahova Bell*

*/s/ Daniel J. Cowhig*
Daniel J. Cowhig
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

**ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the sentencing hearing currently scheduled for October 19, 2026, at the hour of 1:30 p.m. be vacated and continued to the 26th day of October, 2026, at the hour of 11:00 a.m. in Courtroom 6D.

IT IS SO ORDERED.

DATED this 15th day of October, 2026.

HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE